WAYNE R. BERRY, DC Bar No. 429661
ROBIN SPRINGBERG PARRY, Virginia Bar No. 37502
Office of the Solicitor
United States Department of Labor
200 Constitution Avenue, N.W., Room N-4611
Washington, D.C. 20210
Telephone: (202) 693-5600, Facsimile: (202) 693-5610
berry.wayne@dol.gov; parry.robin@dol.gov

Attorneys for the Plaintiff
ELAINE L. CHAO, Secretary of Labor
UNITED STATES DEPARTMENT OF LABOR

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELAINE L. CHAO, Secretary of Labor, UNITED STATES DEPARTMENT OF LABOR, <br><br> Plaintiff, <br><br> v. <br><br> ZENITH CAPITAL LLC, a California business entity; RICK LANE TASKER, an individual; MICHAEL GREGORY SMITH, an individual; and MARTEL JED COOPER, an individual, <br><br> Defendants. | Civil Case No. C  08-4854 PJH <br><br> **REQUEST/STIPULATION OF PARTIES TO CONDUCT CASE MANAGEMENT CONFERENCE BY TELEPHONE** |

Pursuant to Local Rules 7-12 and 16-10, the parties hereby request that the Court hold a telephonic Case Management Conference in this matter and permit all counsel to participate in the Case Management Conference by telephone.  The Case Management Conference in this case is scheduled for January 29, 2009, at 2:30 p.m., in Courtroom 3, 17th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California.

The fiscal year 2009 budget for the United States Department of Labor has not been passed by Congress and the Department is currently operating under a Continuing Resolution. As a result of the Continuing Resolution and its effect on the Department's ability to fund its

1  operations, the Department is using its best efforts to manage costs whenever possible, including

2  the costs and expenses associated with federal employee travel.

3        Because of their pre-existing familiarity with the factual issues and with the parties,

4  Defendants retained counsel whose office is in San Diego, California.  Defendants must also use

5  their best efforts to manage costs, including those related to travel.

6        Allowing the Case Management Conference to proceed by telephone would allow all

7  parties to avoid the expenses associated with their attorneys traveling to San Francisco for the

8  Case Management Conference.  Counsel for the Secretary would be happy to undertake the

9  necessary arrangements for a telephonic Case Management Conference should the Court grant

10  the parties' request.

11

12

13  Dated:                          By: _Wayne R. Berry_

14                                      Attorney signing

15                                  WAYNE R. BERRY
                                    ROBIN SPRINGBERG PARRY
16                                  Attorneys for Plaintiff
17                                  ELAINE L. CHAO, Secretary of Labor,
                                    UNITED STATES DEPARTMENT OF LABOR
18

19

20

21

22  Dated:                          By: _Douglas Dubé_

23                                      Attorney signing

24                                  A. DANIEL BACALSKI, JR.
                                    DOUGLAS A. DUBÉ
25                                  Attorneys for Defendants
                                    ZENITH CAPITAL, LLC., RICK LANE TASKER,
26                                  MICHAEL GREGORY SMITH, and
                                    MARTEL JED COOPER
27

28                                  THE CASE MANAGEMENT CONFERENCE WILL BE
                                    HELD AT 1:30 P.M.  COUNSEL SHALL INITIATE
                                    THE CALL.

UNITED STATES DISTRICT COURT
IT IS SO ORDERED
Judge Phyllis J. Hamilton
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION OF PARTIES TO CONDUCT CASE
MANAGEMENT CONFERENCE BY TELEPHONE - PAGE 2          Case No. C-08-4854(PJH)

CERTIFICATE OF SERVICE

I hereby certify that on January 9, 2009 a copy of the foregoing Request/Stipulation Of Parties

To Conduct Case Management Conference By Telephone was filed electronically.  Pursuant to

General Order No. 45, Section IX.A, notice of this filing will be sent to all parties via the Court's

electronic filing system.  A copy of the foregoing will also be served on A. Daniel Bacalski, Esq.

by facsimile.  Parties may access this filing through the Court's electronic filing system.


Wayne R. Berry
Senior Trial Attorney

STIPULATION OF PARTIES TO CONDUCT  CASE
MANAGEMENT CONFERENCE BY TELEPHONE - PAGE 3          Case No. C-08-4854(PJH)