1  WAYNE R. BERRY, DC Bar No. 429661
2  ROBIN SPRINGBERG PARRY, Virginia Bar No. 37502
   Office of the Solicitor
3  United States Department of Labor
   200 Constitution Avenue, N.W., Room N-4611
4  Washington, D.C. 20210
   Telephone: (202) 693-5600, Facsimile: (202) 693-5610
5  berry.wayne@dol.gov; parry.robin@dol.gov

6  Attorneys for the Plaintiff
7  ELAINE L. CHAO, Secretary of Labor
   UNITED STATES DEPARTMENT OF LABOR
8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10

11 ELAINE L. CHAO, Secretary of Labor,          ) Civil Case No. C 08-4854 PJH
   UNITED STATES DEPARTMENT OF LABOR,           )
12                                              )
                                                )
13              Plaintiff,                      ) **STIPULATION OF PARTIES FOR**
                                                ) **CONTINUANCE OF TELEPHONIC**
14         v.                                   ) **CASE MANAGEMENT**
                                                ) **CONFERENCE**
15 ZENITH CAPITAL LLC, a California business    )
16 entity; RICK LANE TASKER, an individual;     )
   MICHAEL GREGORY SMITH, an individual;        )
17 and MARTEL JED COOPER, an individual,        )
                                                )
18              Defendants.                     )
19 _____)

20      Pursuant to Civil Local Rules 7-12 and 16, the parties hereby request that the Court

21 continue the date for the telephonic Case Management Conference in this matter, until March 26,

22 2009, at 1:30 p.m., or such other time as is convenient for the Court.

23      The Telephonic Case Management Conference in this case is currently scheduled for

24 January 29, 2009, at 1:30 p.m. Counsel are diligently working to complete the tasks required for

25 the Case Management Conference. However, counsel believes that the requested continuance

26 will allow the parties to provide the Court with the most current and complete information for the

27 Case Management Conference.

28

STIPULATION OF PARTIES FOR CONTINUANCE                                              PAGE 1
OF TELEPHONIC CASE MANAGEMENT CONFERENCE
Case No. C-08-4854(PJH)

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: January 21, 2009 | By: _Wayne R. Berry_ |
| 3 | | Attorney signing |
| 4 | | WAYNE R. BERRY |
| 5 | | ROBIN SPRINGBERG PARRY |
| | | Attorneys for Plaintiff |
| 6 | | ELAINE L. CHAO, Secretary of Labor, |
| | | UNITED STATES DEPARTMENT OF LABOR |

Dated: January 21, 2009        By: _____
                                    Attorney signing

A. DANIEL BACALSKI, JR.
DOUGLAS A. DUBÉ
Attorneys for Defendants
ZENITH CAPITAL, LLC., RICK LANE TASKER,
MICHAEL GREGORY SMITH, and
MARTEL JED COOPER

**PURSUANT TO STIPULATION, IT IS SO ORDERED,**

THE CASE MANAGEMENT CONFERENCE WILL BE HELD ON MARCH 26, 2009 AT 1:30 P.M. COUNSEL SHALL INITIATE THE CALL.

Date: 1/26/09

IT IS SO ORDERED
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CERTIFICATE OF SERVICE

I hereby certify that on January 22, 2009 a copy of the foregoing Stipulation Of Parties For Continuance of Telephonic Case Management Conference was filed electronically. Pursuant to General Order No. 45, Section IX.A, notice of this filing will be sent to all parties via the Court's electronic filing system. A copy of the foregoing will also be served on A. Daniel Bacalski, Esq. by email. Parties may access this filing through the Court's electronic filing system.

                                                                  /s/ Wayne R. Berry

                                                                  Wayne R. Berry
                                                                  Senior Trial Attorney