APR/30/2009/THU 02:21 PM          FAX No.          P. 005/005
Case 3:08-cv-04854-EMC   Document 34   Filed 05/01/09   Page 1 of 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HILDA SOLIS, Secretary of Labor,<br>UNITED STATES DEPARTMENT OF LABOR,<br><br>        Plaintiff,<br><br>v.<br><br>ZENITH CAPITAL, LLC, et al.,<br><br>        Defendants. | CASE NO. C 08-04854 PJH<br><br>[PROPOSED] *WDB* ORDER EXCUSING DEFENDANT M. GREGORY SMITH FROM ATTENDING THE EARLY NEUTRAL EVALUATION ON JUNE 11, 2009 |

Pursuant to ADR Local Rule 5-10(d), counsel for defendant Michael Gregory Smith has submitted a letter requesting that Mr. Smith be excused from personally attending the Early Neutral Evaluation on June 11, 2009, before the court-appointed Evaluator Michael J. Loeb of JAMS. No objections to the request have been received. The Court finds that the request comports in all respects with ADR Local Rule 5-10(d) and good cause appears for the requested relief. Therefore, the Court hereby orders:

Michael Gregory Smith is excused from personally attending the Early Neutral Evaluation on June 11, 2009, *on the condition that he be available by phone. WDB*

Date: 4/30, 2009

*Wayne D. Brazil*
United States Magistrate Judge

[PROPOSED] ORDER EXCUSING DEFENDANT M. GREGORY SMITH FROM ATTENDING THE EARLY NEUTRAL EVALUATION ON JUNE 11, 2009     |     PAGE 1 OF 1
C 08-04854 PJH