Name and address
A. DANIEL BACALSKI, JR.
BACALSKI, OTTOSON & DUBE LLP
402 W. BROADWAY, SUITE 2050
P.O. BOX 120270
SAN DIEGO, CA 92112-0270
(619) 239-4340 / FAX (619) 239-0116

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HILDA SOLIS<br><br>v.<br><br>ZENITH CAPITAL LLC, ET AL.<br>Plaintiff(s)<br>Defendant(s) | CASE NUMBER<br>C-08-4854 PJH<br><br>ORDER ON<br>REQUEST FOR APPROVAL OF<br>SUBSTITUTION OF ATTORNEY |

The Court hereby orders that the request of:

RICK LANE TASKER                [ ] Plaintiff   [X] Defendant   [ ] Other _____
*Name of Party*

to substitute  RICK LANE TASKER  who is

[ ] Retained Counsel   [ ] Counsel appointed by the Court (Criminal cases only)   [X] Pro Se

435 E STREET, SUITE B
*Street Address*

SANTA ROSA, CA 95404                         rtasker@epochcg.com
*City, State, Zip*                                *E-Mail Address*

(707) 322-9423                               (707) 524-4621                        _____
*Telephone Number*                           *Fax Number*                         *State Bar Number*

as attorney of record in place and stead of  A. DANIEL BACALSKI, JR.

is hereby   [X] GRANTED   [ ] DENIED                 *Present Attorney*

Dated  7/24/09                                _____
                                              U. S. District Judge/U.S. Magistrate Judge

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

**NOTICE TO COUNSEL :** IF YOU ARE CURRENTLY ENROLLED IN THE OPTICAL SCANNING PROGRAM AND HAVE CHANGED YOUR E-MAIL ADDRESS SINCE YOUR ENROLLMENT, YOU MUST COMPLETE AN ENROLLMENT/UPDATE FORM (G-76) TO ENSURE THAT DOCUMENTS ARE SERVED AT THE PROPER E-MAIL ADDRESS. THIS FORM, AS WELL AS INFORMATION ABOUT THE OPTICAL SCANNING PROGRAM IS AVAILABLE ON THE COURT'S WEBSITE AT WWW.CACD.USCOURTS.GOV.