United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELAINE L. CHAO, | No. C 08-4854 PJH  (JL) |
|     Plaintiff, | |
|     v. | **ORDER** |
| ZENITH CAPITAL, et al., | |
|     Defendants. | |
| _____/ | |

All discovery in this case was referred by the district court (Hon. Phyllis J. Hamilton) under 28 U.S.C. §636(b). Plaintiff filed a motion to compel discovery from a number of defendants (Docket #s 52 and 53). This Court finds the matter to be suitable for resolution without oral argument as provided by Civil Local Rule 7-1(b). All but one of the defendants who are the targets of Plaintiff's motion complied or agreed to comply with the discovery requests and filed non-oppositions to Plaintiff's motions (Docket # 57). The exception was defendant Rick Trasker, who is not represented by counsel, and who is the subject of Plaintiff's motion at Docket # 53. Mr. Trasker filed neither an opposition nor a non-opposition and represented to court staff who contacted him by telephone that he would be complying with Plaintiff's requests. Accordingly, and for good cause appearing, Plaintiff's motions to compel discovery at Docket #s 52 and 53 are hereby granted. Compliance shall

be due within two weeks of issuance of this order or according to the agreement of the parties, whichever comes first. The hearing on March 30, 2011 is hereby vacated.

IT IS SO ORDERED.

DATED: March 23, 2011

_____
JAMES LARSON
United States Magistrate Judge

G:\JLALL\CASES\CIV-REF\08-4854\order granting 52,53.wpd