WAYNE R. BERRY, D.C. Bar No. 429661
ROBIN SPRINGBERG PARRY, Virginia Bar No. 37502
Office of the Solicitor
United States Department of Labor
200 Constitution Avenue, N.W., Room N-4611
Washington, D.C.  20210
Telephone: (202) 693-5600
Facsimile: (202) 693-5610
berry.wayne@dol.gov
parry.robin@dol.gov

Attorneys for the Plaintiff
HILDA L. SOLIS, Secretary of Labor
UNITED STATES DEPARTMENT OF LABOR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HILDA L. SOLIS, Secretary of Labor, UNITED STATES DEPARTMENT OF LABOR,<br><br>                Plaintiff,<br><br>   v.<br><br>ZENITH CAPITAL LLC, et al.,<br><br>                Defendants. | Civil Case No. C  08-4854 PJH (JL)<br><br>**SECRETARY OF LABOR'S STATEMENT OF NONOPPOSITION TO DEFENDANT ZENITH CAPITAL'S REQUEST FOR EXTENSION OF TIME**  AND ORDER |

      Pursuant to Civil L.R. 7-3(b), the plaintiff Hilda L. Solis, Secretary of the United States Department of Labor ("Secretary"), by and through her counsel of record, hereby notifies the Court that the Secretary does not oppose defendant Zenith Capital's request (Docket No. 67) for an extension of time until April 25, 2011, to respond to the Secretary's Motion for Partial Summary Judgment.

      By Order dated March 25, 2011, the Court granted defendants' Martel Jed Cooper's and Michael Gregory Smith's request for an extension of time until April 25, 2011 to respond to the Secretary's Motion Partial Summary Judgment, and reset the hearing date on the Motion to June 1, 2011.

1 | The Secretary would not oppose the Court's granting *Pro Se* defendant Rick L. Taker
2 | until April 25, 2011, to respond to the Secretary's Motion.  Such an extension would make all
3 | four (4) defendants' responses due on the same day.

6 | Dated:  March 28, 2011          By: _____/s/ Wayne R. Berry_____
7 |                                     Attorney signing
8 |                                 WAYNE R. BERRY
9 |                                 ROBIN SPRINGBERG PARRY
  |                                 Attorneys for Plaintiff
10 |                                HILDA L. SOLIS, Secretary of Labor,
  |                                 UNITED STATES DEPARTMENT OF LABOR

18 | 4/4/11

**IT IS SO ORDERED**
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CERTIFICATE OF SERVICE

I hereby certify that on March 28, 2011 a copy of the foregoing Statement of Nonoppostion was filed electronically.  Pursuant to General Order No. 45, Section IX.A, notice of this filing will be sent to all parties and their counsel, except *Pro Se* defendant Rick Lane Tasker, via the Court's electronic filing system.  A copy of the foregoing will be served on defendant Rick Lane Tasker by email.  Parties, except *Pro Se* defendant Tasker, may access this filing through the Court's electronic filing system.

     /s/ Wayne R. Berry

     Wayne R. Berry
     Senior Trial Attorney