UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HILDA SOLIS, SECRETARY OF LABOR, et al.,

    Plaintiff(s),

    v.

ZENITH CAPITAL LLC, et al.,

    Defendant(s).

_____/

No. C 08-4854 PJH

**ENTRY OF DEFAULT BY THE COURT**

    Before the court is defendant Zenith Capital LLC's Statement of Inability to Continue to Defend and Request for treatment as Defaulting Defendant. By telephone conference, defendant confirmed that it is seeking the entry of its default. There being no opposition by the Secretary of Labor, defendant Zenith Capital LLC's DEFAULT IS HEREBY ENTERED. Plaintiff must, however, file a duly noticed motion for default judgment and prevail before judgment may be entered.

    **IT IS SO ORDERED.**

Dated: May 6, 2011

                                       _____
                                       PHYLLIS J. HAMILTON
                                       United States District Judge