1  WAYNE R. BERRY, DC Bar No. 429661
2  ROBIN SPRINGBERG PARRY, Virginia Bar No. 37502
   Office of the Solicitor
3  United States Department of Labor
   200 Constitution Avenue, N.W., Room N-4611
4  Washington, D.C.  20210
   Telephone: (202) 693-5600
5  Facsimile: (202) 693-5610
6  berry.wayne@dol.gov
   parry.robin@dol.gov
7
   Attorneys for the Plaintiff
8  HILDA L. SOLIS, Secretary of Labor
9  UNITED STATES DEPARTMENT OF LABOR

10                    UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HILDA L. SOLIS, Secretary of Labor, ) <br> UNITED STATES DEPARTMENT OF LABOR, ) <br>  ) <br>                      Plaintiff, ) <br>  ) <br>            v. ) <br>  ) <br> ZENITH CAPITAL LLC, a California business ) <br> entity; RICK LANE TASKER, an individual; ) <br> MICHAEL GREGORY SMITH, an individual; ) <br> and MARTEL JED COOPER, an individual, ) <br>  ) <br>                      Defendants. ) <br>  ) | Civil Case No. C  08-4854 EMC <br><br> **REQUEST/STIPULATION OF PARTIES TO CHANGE DATE AND CONDUCT CASE MANAGEMENT CONFERENCE BY TELEPHONE** <br><br> ORDER |

Pursuant to Local Rules 7-12 and 16-10, the parties hereby request that the Court reschedule the Case Management Conference for June 8, 2011 at 2:00 p.m.  In addition, the parties request that the Court hold a telephonic Case Management Conference in this matter and permit all counsel to participate in the Case Management Conference by telephone.  The Case Management Conference in this case is scheduled for June 1, 2011, at 1:30 p.m., in Courtroom C, 15th Floor, Phillip Burton Federal Building & United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.

**STIPULATION OF PARTIES TO CONDUCT  CASE
MANAGEMENT CONFERENCE BY TELEPHONE - PAGE 1**          Case No. C-08-4854(EMC)

1  Counsel for the Secretary has a scheduling conflict with the June 1, 2011 date and all
2 parties have agreed to reschedule the Case Management Conference to June 8, 2011, or as soon
3 thereafter as the Court is available.

4  The Secretary and the defendants are using their best efforts to manage the costs of this
5 litigation whenever possible, including the costs and expenses associated with travel.  All
6 counsel in this case are located outside the San Francisco area; counsel for the Secretary is
7 located in Washington, D.C. and counsel for defendants' Zenith Capital, Cooper and Smith are
8 located in San Diego, California.  Defendant Tasker is appearing *in pro se* in this matter and is
9 located in Santa Rosa, California.

10  Allowing the Case Management Conference to proceed by telephone would allow all
11 parties to avoid the expenses associated with their attorneys traveling to San Francisco for the
12 Case Management Conference.  Counsel for the Secretary would be happy to undertake the
13 necessary arrangements for a telephonic Case Management Conference should the Court grant
14 the parties' request.

Dated:  May __16_, 2011           By: _____/s/ Wayne R. Berry_____
                                           Attorney signing

                                  WAYNE R. BERRY
                                  ROBIN SPRINGBERG PARRY
                                  Attorneys for Plaintiff
                                  HILDA L. SOLIS, Secretary of Labor,
                                  UNITED STATES DEPARTMENT OF LABOR


Dated:  May __13_, 2011           By: _____/s/ Douglas A. Dubé_____
                                           Attorney signing

                                  A. DANIEL BACALSKI, JR.
                                  DOUGLAS A. DUBÉ
                                  Attorneys for Defendants
                                  ZENITH CAPITAL, LLC, MICHAEL GREGORY
                                  SMITH, and MARTEL JED COOPER

**STIPULATION OF PARTIES TO CONDUCT  CASE**
**MANAGEMENT CONFERENCE BY TELEPHONE - PAGE  2**          Case No. C-08-4854(EMC)

Dated: May __13__, 2011          By: _____/s/ Peta L. Hallisey_____
                                         Attorney signing

                                 PETA L. HALLISEY
                                 Attorney for Defendants
                                 MICHAEL GREGORY SMITH, and
                                 MARTEL JED COOPER

Dated: May __13_, 2011           By: _____/s/ Rick L. Tasker_____
                                 RICK LANE TASKER, *In Pro Se*

**IT IS SO ORDERED.**   A joint CMC statement shall be filed by May 25, 2011.

Date: ____May 17, 2011_____    _____
                                                CHEN
                                       ~~Magistrate~~ Judge
                                       District

IT IS SO ORDERED
AS MODIFIED
Judge Edward M. Chen

CERTIFICATE OF SERVICE

I hereby certify that on May 16, 2011 a copy of the foregoing Request/Stipulation by Parties to Change Date and Conduct Case Management Conference by Telephone and [Proposed] Order was filed electronically. Pursuant to General Order No. 45, Section IX.A, notice of this filing will be sent to all parties, except *In Pro Se* Defendant Rick Lane Tasker, via the Court's electronic filing system. A copy of the foregoing will be served on *In Pro Se* Defendant Rick Lane Tasker by email. Parties, except *In Pro Se* Defendant Tasker, may access this filing through the Court's electronic filing system.

                                                   /s/ Wayne R. Berry

                                                    WAYNE R. BERRY
                                                    Senior Trial Attorney