1  WAYNE R. BERRY, DC Bar No. 429661
   ROBIN SPRINGBERG PARRY, Virginia Bar No. 37502
2  Office of the Solicitor
3  United States Department of Labor
   200 Constitution Avenue, N.W., Room N-4611
4  Washington, D.C.  20210
   Telephone: (202) 693-5600
5  Facsimile: (202) 693-5610
6  berry.wayne@dol.gov
   parry.robin@dol.gov
7
   Attorneys for the Plaintiff
8  HILDA L. SOLIS, Secretary of Labor
9  UNITED STATES DEPARTMENT OF LABOR

10                    UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12 HILDA L. SOLIS, Secretary of Labor,          )  Civil Case No. C  08-4854 EMC
   UNITED STATES DEPARTMENT OF LABOR,           )
13                                              )
14                            Plaintiff,        )  **REQUEST/STIPULATION OF**
                                                )  **PARTIES TO CHANGE DATE AND**
15                    v.                         )  **CONDUCT CASE MANAGEMENT**
                                                )  **CONFERENCE BY TELEPHONE**
16 ZENITH CAPITAL LLC, a California business     )
17 entity; RICK LANE TASKER, an individual;      )  ORDER  (AMENDED)
   MICHAEL GREGORY SMITH, an individual;         )
18 and MARTEL JED COOPER, an individual,         )
19                                              )
                              Defendants.        )
20 _____ )

21        Pursuant to Local Rules 7-12 and 16-10, the parties hereby request that the Court

22 reschedule the Case Management Conference for June 8, 2011 at 2:00 p.m.  In addition, the

23 parties request that the Court hold a telephonic Case Management Conference in this matter and

24 permit all counsel to participate in the Case Management Conference by telephone.  The Case

25 Management Conference in this case is scheduled for June 1, 2011, at 1:30 p.m., in Courtroom

26 C, 15th Floor, Phillip Burton Federal Building & United States Courthouse, 450 Golden Gate

27 Avenue, San Francisco, California.

28

1        Counsel for the Secretary has a scheduling conflict with the June 1, 2011 date and all

2   parties have agreed to reschedule the Case Management Conference to June 8, 2011, or as soon

3   thereafter as the Court is available.

4        The Secretary and the defendants are using their best efforts to manage the costs of this

5   litigation whenever possible, including the costs and expenses associated with travel.  All

6   counsel in this case are located outside the San Francisco area; counsel for the Secretary is

7   located in Washington, D.C. and counsel for defendants' Zenith Capital, Cooper and Smith are

8   located in San Diego, California.  Defendant Tasker is appearing *in pro se* in this matter and is

9   located in Santa Rosa, California.

10        Allowing the Case Management Conference to proceed by telephone would allow all

11   parties to avoid the expenses associated with their attorneys traveling to San Francisco for the

12   Case Management Conference.  Counsel for the Secretary would be happy to undertake the

13   necessary arrangements for a telephonic Case Management Conference should the Court grant

14   the parties' request.

15

16   Dated:  May __16_, 2011            By:  _____/s/ Wayne R. Berry_____

17                                             Attorney signing

18                                        WAYNE R. BERRY
                                          ROBIN SPRINGBERG PARRY
19                                        Attorneys for Plaintiff
                                          HILDA L. SOLIS, Secretary of Labor,
20                                        UNITED STATES DEPARTMENT OF LABOR

21

22

23

24

25   Dated:  May __13_, 2011            By:  _____/s/ Douglas A. Dubé_____
                                             Attorney signing
26
                                          A. DANIEL BACALSKI, JR.
27                                        DOUGLAS A. DUBÉ
                                          Attorneys for Defendants
28                                        ZENITH CAPITAL, LLC, MICHAEL GREGORY
                                          SMITH, and MARTEL JED COOPER

1

2

Dated:  May __13__, 2011                            By: _____/s/ Peta L. Hallisey_____

3                                                                                Attorney signing

4                                                                   PETA L. HALLISEY
                                                                      Attorney for Defendants
5                                                                   MICHAEL GREGORY SMITH, and
                                                                      MARTEL JED COOPER
6

7

8

9

10

11

Dated:  May ___13_, 2011                            By: _____/s/ Rick L. Tasker_____
                                                                      RICK LANE TASKER, *In Pro Se*

12

13

14

15

16

17

18

**IT IS SO ORDERED.**   A joint CMC statement shall be filed by ~~May 25, 2011.~~  June 1, 2011.

19

20

          May 17, 2011
Date:  _____

21

22                                                                   _____CHEN
                                                                      _____ Magistrate Judge
                                                                      District

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CERTIFICATE OF SERVICE

I hereby certify that on May 16, 2011 a copy of the foregoing Request/Stipulation by

Parties to Change Date and Conduct Case Management Conference by Telephone and

[Proposed] Order was filed electronically.  Pursuant to General Order No. 45, Section IX.A,

notice of this filing will be sent to all parties, except *In Pro Se* Defendant Rick Lane Tasker, via

the Court's electronic filing system.  A copy of the foregoing will be served on *In Pro Se*

Defendant Rick Lane Tasker by email.  Parties, except *In Pro Se* Defendant Tasker, may access

this filing through the Court's electronic filing system.

_____/s/ Wayne R. Berry_____

WAYNE R. BERRY
Senior Trial Attorney