# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HILDA L. SOLIS, Secretary of Labor, UNITED STATES DEPARTMENT OF LABOR,   ) ) ) | Civil Case No. C 08-4854 PJH |
| Plaintiff,   ) ) | **ORDER** |
| v.   ) )   | |
| ZENITH CAPITAL LLC, et al.,   ) )   | |
| Defendants.   ) ) | |

The Court, having considered the parties' Joint Motion/Stipulation for Extension of Date for Re-Notice of Secretary's Motion for Partial Summary Judgment and for good cause shown, hereby amends its June 9, 2011 Case Management and Pretrial Order as follows:

January 20, 2012 - The Secretary will re-notice her motion for partial summary judgment in accordance with Civil L.R. 7-2(a), thereby setting the date for Defendant Tasker's response to the motion and the date for the Secretary's replies both to the opposition filed by Defendants Cooper and Smith, and the opposition to be filed by Defendant Tasker.

October 21, 2011 - The parties will file a status report with the Court regarding the progress of settlement negotiations and, if necessary, request the Court's assistance in settlement either through Court ordered mediation or designation of a Magistrate Judge to hold a settlement conference.

November 25, 2011 - The parties will file a status report with the Court regarding the progress of settlement negotiations if a settlement has not been reached by this date.

The Status Conference set for 9/19/11 is reset for 12/2/11 at 10:30 a.m. An updated joint status report shall be filed by 11/25/11

**IT IS SO ORDERED.**

Date: 9/13/11



EDWARD M. CHEN
United States _____

ORDER MODIFYING CASE MANAGEMENT
AND PRETRIAL ORDER, Case No. C-08-4854 EMC

Page 1 of 1