Name and address
A. DANIEL BACALSKI, JR.
BACALSKI, OTTOSON & DUBE LLP
402 W. BROADWAY, SUITE 2050
P.O. BOX 120270
SAN DIEGO, CA 92112-0270
(619) 239-4340 / FAX (619) 239-0116

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HILDA SOLIS, SECRETARY OF LABOR, UNITED STATES DEPT. OF LABOR<br><br>v.<br><br>ZENITH CAPITAL LLC, ET AL.<br>Plaintiff(s)<br>Defendant(s) | CASE NUMBER<br>C-08-4854 EMC<br><br>ORDER ON<br>REQUEST FOR APPROVAL OF<br>SUBSTITUTION OF ATTORNEY |

The Court hereby orders that the request of:

MICHAEL GREGORY SMITH     [ ] Plaintiff   [X] Defendant   [ ] Other _____
*Name of Party*

to substitute PETA HALLISEY, SELTZER CAPLAN McMAHON VITEK _____ who is

[X] Retained Counsel     [ ] Counsel appointed by the Court (Criminal cases only)     [ ] Pro Se

750 B STREET, STE. 2100
*Street Address*

SAN DIEGO, CA 92101                              HALLISEY@SCMV.COM
*City, State, Zip*                                *E-Mail Address*

619-685-3173              619-702-6861              114501
*Telephone Number*         *Fax Number*              *State Bar Number*

as attorney of record in place and stead of A. DANIEL BACALSKI, JR.
*Present Attorney*

is hereby   [X] GRANTED   [ ] DENIED

Dated   9/16/11

IT IS SO ORDERED
Judge Edward M. Chen
U.S. District Judge

**NOTICE TO COUNSEL:** IF YOU ARE CURRENTLY ENROLLED IN THE OPTICAL SCANNING PROGRAM AND HAVE CHANGED YOUR E-MAIL ADDRESS SINCE YOUR ENROLLMENT, YOU MUST COMPLETE AN ENROLLMENT/UPDATE FORM (G-76) TO ENSURE THAT DOCUMENTS ARE SERVED AT THE PROPER E-MAIL ADDRESS. THIS FORM, AS WELL AS INFORMATION ABOUT THE OPTICAL SCANNING PROGRAM IS AVAILABLE ON THE COURT'S WEBSITE AT WWW.CACD.USCOURTS.GOV.

G-01 ORDER (06/05)     ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY     CCDG01O