Name and address
A. DANIEL BACALSKI, JR.
BACALSKI, OTTOSON & DUBE LLP
402 W. BROADWAY, SUITE 2050
P.O. BOX 120270
SAN DIEGO, CA 92112-0270
(619) 239-4340 / FAX (619) 239-0116

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HILDA SOLIS, SECRETARY OF LABOR, UNITED STATES DEPT. OF LABOR<br><br>v.<br><br>ZENITH CAPITAL LLC, ET AL.<br><br>Plaintiff(s)<br>Defendant(s) | CASE NUMBER<br><br>C-08-4854 EMC<br><br>ORDER ON<br>REQUEST FOR APPROVAL OF<br>SUBSTITUTION OF ATTORNEY |

The Court hereby orders that the request of:

MICHAEL GREGORY SMITH    [ ] Plaintiff   [X] Defendant   [ ] Other _____
*Name of Party*

to substitute PETA HALLISEY, SELTZER CAPLAN McMAHON VITEK _____ who is

[X] Retained Counsel    [ ] Counsel appointed by the Court (Criminal cases only)    [ ] Pro Se

750 B STREET, STE. 2100
*Street Address*

SAN DIEGO, CA 92101            HALLISEY@SCMV.COM
*City, State, Zip*                   *E-Mail Address*

619-685-3173        619-702-6861        114501
*Telephone Number*      *Fax Number*      *State Bar Number*

as attorney of record in place and stead of A. DANIEL BACALSKI, JR.
*Present Attorney*

is hereby    [X] **GRANTED**    [ ] **DENIED**

Dated 9/16/11

*IT IS SO ORDERED*
*Judge Edward M. Chen*
U.S. District Judge

**NOTICE TO COUNSEL:** IF YOU ARE CURRENTLY ENROLLED [IN THE OPTICAL SCANNING] PROGRAM AND HAVE CHANGED YOUR E-MAIL ADDRESS SINCE Y[OUR ENROLLMENT, YOU MUST] COMPLETE AN ENROLLMENT/UPDATE FORM (G-76) TO ENSURE T[HAT DOCUMENTS ARE SERVED] AT THE PROPER E-MAIL ADDRESS. THIS FORM, AS WELL AS INF[ORMATION ABOUT THE OPTICAL] SCANNING PROGRAM IS AVAILABLE ON THE COURT'S WEBSITE AT WWW.CACD.USCOURTS.GOV.

G-01 ORDER (06/05)      ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY      CCDG01O