UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HILDA L. SOLIS, Secretary of Labor,<br>UNITED STATES DEPARTMENT OF LABOR,<br><br>Plaintiff,<br><br>v.<br><br>ZENITH CAPITAL LLC, et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Case No. C 08-4854 PJH<br><br>**ORDER** |

      The Court, having considered the parties' Joint Motion/Stipulation for Extension of Date for Filing Parties' Joint Status Report and for good cause shown, hereby amends its September 13**,** 2011 Order to require the parties joint status report previously due to be filed on November 25, 2011, now be filed on **November 28, 2011.**

**IT IS SO ORDERED.**

Date: _11/28/11_ _____



ED‌
Unit‌
Judge Edward M. Chen

**ORDER MODIFYING CASE MANAGEMENT**                                                    Page 1 of 1
**AND PRETRIAL ORDER,** Case No. C-08-4854 EMC