UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HILDA L. SOLIS, Secretary of Labor, UNITED STATES DEPARTMENT OF LABOR, | ) ) ) | Civil Case No. C 08-4854 PJH |
| Plaintiff, | ) ) | **ORDER** |
| v. | ) ) ) | |
| ZENITH CAPITAL LLC, et al., | ) ) | |
| Defendants. | ) ) | |

The Court, having considered the parties' Joint Motion/Stipulation for Extension of Date for Filing Parties' Joint Status Report and for good cause shown, hereby amends its September 13**,** 2011 Order to require the parties joint status report previously due to be filed on November 25, 2011, now be filed on **November 28, 2011.**

**IT IS SO ORDERED.**

Date: 11/28/11   _____



---

**ORDER MODIFYING CASE MANAGEMENT**  Page 1 of 1
**AND PRETRIAL ORDER,** Case No. C-08-4854 EMC