UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HILDA L. SOLIS, Secretary of Labor, UNITED STATES DEPARTMENT OF LABOR, ) ) ) Plaintiff, ) ) v. ) ) ZENITH CAPITAL LLC, et al., ) ) Defendants. ) ) | Civil Case No. C 08-4854 EMC [~~PROPOSED~~] ORDER |

The Court, having considered the parties' Joint Motion/Stipulation for Extension of Date for Re-Notice of Secretary's Motion for Partial Summary Judgment and for good cause shown, hereby amends its June 9, 2011 Case Management and Pretrial Order as follows:

April 27, 2012 - The Secretary will re-notice her motion for partial summary judgment in accordance with Civil L.R. 7-2(a), thereby setting the date for Defendant Tasker's response to the motion and the date for the Secretary's replies both to the opposition filed by Defendants Cooper and Smith, and the opposition to be filed by Defendant Tasker.

February 24, 2011 - The parties will file a status report with the Court regarding the progress of settlement negotiations.

March 30, 2011 - The parties will file a status report with the Court regarding the progress of settlement negotiations if a settlement has not been reached by this date.

**IT IS SO ORDERED.**

Date: _____1/13/12_____

[Signature stamp: IT IS SO ORDERED — Judge Edward M. Chen, United States District Court, Northern District of California]

**ORDER MODIFYING CASE MANAGEMENT AND PRETRIAL ORDER** Case No. C-08-4854(EMC)

Page 1 of 1